LCS
Gr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '24 MJ1282 VET |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. 1326 Deported Alien Found In The United States |
| Ricardo FLORES-Carrillo, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about March 31, 2024, within the Southern District of California, defendant, Ricardo FLORES-Carrillo, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON April 1, 2024.

HON. VALERIE E. TORRES
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Ricardo FLORES-Carrillo**

## PROBABLE CAUSE STATEMENT

On March 31, 2024, Border Patrol Agent S. Whitehouse, was on duty in full rough duty uniform, in Jamul, California. At approximately 7:30 A.M a Mobile Surveillance Camera (MSC) operator observed four subjects crossing State Route 94 near an area known to Border Patrol Agents as "Upper Cans."

Agent Whitehouse responded to the area north of the last known location. Agent Whitehouse parked his vehicle on Honey Springs Road and walked to an area known to Border Patrol Agents as the "90 Bowl." Agent Whitehouse observed four individuals walking towards his location. He then concealed himself behind brush and waited for the individuals to come his way.

Agent Whitehouse could see two male subjects coming towards him, attempting to get to Honey Springs Road. There was another pair of subjects approximately 50 yards behind them. Once the two subjects were very close to him, Agent Whitehouse came out from hiding and announced himself, in the Spanish language, as a Border Patrol Agent. The two closest subjects stopped, while the other two subjects further back hid behind brush. This area is approximately seven miles north of the international boundary between the United States and Mexico and 12 miles east of the Otay Mesa, California Port of Entry.

Agent Whitehouse performed an immigration inspection on both subjects, including one later identified as defendant Ricardo FLORES-Carrillo, to which they stated that they were citizens of Mexico, without any proper immigration documents to be in or remain in the United States legally. At approximately 8:32 A.M., Agent Whitehouse placed both subjects, including FLORES, under arrest. At approximately 8:49 A.M. other agents arrived on scene and located the other two subjects. All four subjects were transported to the State Route 94 checkpoint for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 3, 2022 through San Ysidro, Ca. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.